v.

**STATE of Missouri, Respondent.**

**No. ED 97771.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Dec. 18, 2012.

■

**Lee A. JONES, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 97940.**

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 18, 2012.

Gwenda Renee' Robinson, St. Louis, MO, for appellant.

Chris Koster, Dora A. Fichter, Jefferson City, MO, for respondent.

Before GARY M. GAERTNER, JR., C.J., ROBERT M. CLAYTON III, J., and ELLEN LEVY SIWAK, S.J.

***ORDER***

Maleaner Harvey, Saint Louis, MO, for Appellant.

Chris Koster, Attorney General, Gregory L. Barnes, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before CLIFFORD H. AHRENS, P.J., SHERRI B. SULLIVAN, J. and GLENN A. NORTON, J.

***ORDER***

PER CURIAM.

Lee A. Jones appeals the judgment denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We find that the motion court's findings of fact and conclusions of law are not clearly erroneous.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum set-

ting forth the reasons for our decision. The judgment of the motion court is affirmed under Rule 84.16(b).